**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**J. Jesus OCEGUEDA-OCEGUEDA,**
**Defendant-Appellant.**

**No. 15-10611**

United States Court of Appeals,
Ninth Circuit.

Submitted January 18, 2017 *

Filed January 23, 2017

Christina Marie Cabanillas, Assistant U.S. Attorney, United States District Court, Tucson, AZ, for Plaintiff-Appellee

J. Jesus Ocegueda-Ocegueda, Pro Se

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Before: TROTT, TASHIMA, and CALLAHAN, Circuit Judges.

MEMORANDUM **

J. Jesus Ocegueda-Ocegueda appeals from the district court's judgment and challenges his bench-trial conviction and 57-month concurrent sentences for conspiracy to possess with intent to distribute and possession with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846; and conspiracy to import and importation of methamphetamine, in violation of 21 U.S.C. §§ 952(a), 960(a)(1), 960(b)(3), and 963. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Ocegueda-Ocegueda's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Ocegueda-Ocegueda the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).